AO 442 (Rev. 11/11) Arrest Warrant

FILED 6 DEC '24 13:24 USDC-ORP

U.S. MARSHALS SERVICE
NOV 27 2024 10:06

# UNITED STATES DISTRICT COURT

for the

District of Oregon

FID 11740719

USMS 49063-511

United States of America
v.
HUGO ALBERTO ROMAN APARICIO, aka "THE MECHANIC", et al

*Defendant*

Case No. 3:24-cr-00391-IM-2

ORIGINAL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* HUGO ALBERTO ROMAN APARICIO, aka "THE MECHANIC",
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ☑ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Methamphetamine
Conspiracy to Traffic in Firearms

**Date:** **11/21/2024**

**City and State:** **Portland, OR**

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

**s/S. Behrends**
*Issuing officer's signature*

**S. Behrends, Deputy Clerk**
*Printed name and title*

**Return**

This warrant was received on *(date)* ______, and the person was arrested on *(date)* ______
at *(city and state)* ______.

Date: 11/27/24

Thomas Hahn
*Arresting officer's signature*

Thomas Hahn Sr
*Printed name and title*