FILED 20 NOV '24 13:33 USDC-ORP

**UNDER SEAL**

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-cr-00391-IM |
| v. | SUPERSEDING INDICTMENT |
| CARLOS MANUEL PEREZ LOPEZ, HUGO ALBERTO ROMAN APARICIO, aka "THE MECHANIC", JOSE LUIS MALFAVON LOPEZ, JULIAN SAGRERO GUANTES, aka "ZORRO", ARASMEL CAMPOS GONZALEZ, JESUS ANTONIO RUIZ AISPURO, aka "CHINOLA", YUNIS STHEVENS FALLA MORENO, LUIS RODOLPHO PEREZ ROMO, ALEXANDER ODESSKY, ▮▮▮▮▮▮▮▮▮▮▮▮▮ , | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846 18 U.S.C. §§ 933(a)(3), (a)(2), and 922(g)(1) Forfeiture Allegations UNDER SEAL |
| Defendants. | |

## COUNT 1
### (Conspiracy to Distribute Methamphetamine)
### (21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846)

Beginning on an unknown date but no later than on or before the month of August 2024, and continuing until an unknown date but ending no earlier than the date of this indictment, in the District of Oregon and elsewhere, defendants **CARLOS MANUEL PEREZ LOPEZ,**

HUGO ALBERTO ROMAN APARICIO, aka "THE MECHANIC," JOSE LUIS MALFAVON LOPEZ, JULIAN SAGRERO GUANTES, aka "ZORRO," ARASMEL CAMPOS GONZALEZ, JESUS ANTONIO RUIZ AISPURO, aka "CHINOLA," YUNIS STHEVENS FALLA MORENO, LUIS RODOLPHO PEREZ ROMO, ALEXANDER ODESSKY, ████████████████████████ and other coconspirators whose identities are known and unknown to the grand jury, did knowingly and intentionally combine, conspire, confederate, and agree with each other to distribute 500 grams of more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance,

In violation of Title 21, United States Code Sections 841(a)(1) and (b)(1)(A)(viii) and 846.

### COUNT 2
### (Conspiracy to Traffic in Firearms)
### (18 U.S.C. § 933(a)(3))

Beginning on or about the month of September 2024, and continuing until on or about September 28, 2024, in the District of Oregon and elsewhere, defendants **HUGO ALBERTO ROMAN APARICIO, aka "THE MECHANIC," JESUS ANTONIO RUIZ AISPURO, aka "CHINOLA,"** ██████████████ and others known and unknown to the grand jury, did knowingly conspire to ship, transport, transfer, cause to be transported, or otherwise dispose of firearm(s), to wit:

- A White/black AR style rifle with no identifying marks or serial numbers;
- A Black Radical Firearm AR style rifle, serial# 20-048664;
- A Brown/black SKS rifle, serial# 2100251;
- A Black/gray Palmetto State Armory rifle, serial# PI061889;
- A Black SKS rifle, serial# 102187150;
- A Gold/black unknown make rifle, partial serial # 2419 (partial);
- A Black Springfield Armory rifle, serial# ST454972;

Superseding Indictment                                                                 Page 2

- A Black Ruger Handgun, serial# 309-39129;
- A Black Sig Sauer handgun, serial# B127336;
- A Black Smith and Wesson handgun, serial# CVP8002;
- A Black/white revolver, serial # E34071; and
- A Black/red Taurus handgun, serial# NAP62212

to another person(s), known and unknown to the grand jury, in or otherwise affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient(s) would constitute a felony,

In violation of Title 18, United States Code, Section 933(a)(3).



███████████████████████████████████████████████████

███████████████████████████

█████████████████████████████████████

## FIRST FORFEITURE ALLEGATION

Upon conviction of the controlled substance offense alleged in Count 1 of this Indictment, defendant **CARLOS MANUEL PEREZ LOPEZ, HUGO ALBERTO ROMAN APARICIO, JOSE LUIS MALFAVON LOPEZ, JULIAN SAGRERO GUANTES, ARASMEL CAMPOS GONZALEZ, JESUS ANTONIO RUIZ AISPURO, YUNIS STHEVENS FALLA MORENO, LUIS RODOLPHO PEREZ ROMO, ALEXANDER ODESSKY,** ████████████████████████ shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

## SECOND FORFEITURE ALLEGATION

Upon conviction of the firearms offense alleged in Counts 2 and 3 of this Indictment, defendants **HUGO ALBERTO ROMAN APARICIO, JESUS ANTONIO RUIZ AISPURO,** ██████████████████, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm(s) and all associated magazines and ammunition involved in that offense, including without limitation:

(1)    White/black AR style rifle with no identifying marks or serial numbers;

(2)    A Black Radical Firearm AR style rifle, serial# 20-048664;

(3)    A Brown/black SKS rifle, serial# 2100251;

(4)    A Black/gray Palmetto State Armory rifle, serial# PI061889;

(5)    A Black SKS rifle, serial# 102187150;

(6)    A Gold/black unknown make rifle, partial serial # 2419 (partial);

Superseding Indictment                                                    Page 4

(7)    A Black Springfield Armory rifle, serial# ST454972;

(8)    A Black Ruger Handgun, serial# 309-39129;

(9)    A Black Sig Sauer handgun, serial# B127336;

(10)   A Black Smith and Wesson handgun, serial# CVP8002;

(11)   A Black/white revolver, serial # E34071; and

(12)   A Black/red Taurus handgun, serial# NAP62212.

### SUBSTITUTE ASSETS

If any forfeitable property, as a result of any act or omission of the defendants:

(a)  cannot be located upon the exercise of due diligence;

(b)  has been transferred or sold to, or deposited with, a third party;

(c)  has been placed beyond the jurisdiction of the court;

(d)  has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by

18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendants up to the value of

the forfeitable property described above.

Dated: November 20, 2024.

A TRUE BILL.

███████████████████████

OFFICIATING FOREPERSON

Presented by:
NATALIE K. WIGHT
United States Attorney

PAUL T. MALONEY, OSB #013366
Assistant United States Attorney

Superseding Indictment                                    Page 5