Kobin Patterson
Noel Grefenson, PC
3265 Liberty Rd. S.
Salem, Oregon 97302
(503) 371-1700
kobinpatterson@gmail.com

Attorney for Defendant Hugo Roman-Aparicio
*Abogado Defensor Hugo Roman-Aparicio*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**PORTLAND DIVISION**

*VISTO EN EL TRIBUNAL DE PRIMERA*

*INSTANCIA DE LOS ESTADOS UNIDOS*

*PARA EL DISTRITO DE OREGÓN*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HUGO ROMAN-APARICIO,<br><br>Defendant. | Case Nos.: 3:24-cr-00391-IM-2<br><br>PETITION TO ENTER PLEA OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER ENTERING PLEA |
| *ESTADOS UNIDOS DE AMÉRICA,*<br><br>*Demandante,*<br><br>vs.<br><br>*HUGO ROMAN-APARICIO,*<br><br>*Acusado.* | Case Nos.: 3:24-cr-00391-IM-2<br><br>*SOLICITUD DE DECLARACION DE CULPABILIDAD, CERTIFICADO DEL ABOGADO DEFENSOR Y FALLO JUDICIAL DE LA MISMA* |

The defendant represents to the Court:

1. My name is Hugo Roman-Aparicio. I am 42 years old. I have gone to school up to and including the 12th grade. and some college

*1. Mi nombre completo es Hugo Roman-Aparicio. Tengo* 42 *años de edad. Asistí a la escuela incluyendo hasta el* 12th *año.* and some college.

2. My attorney is **Kobin Patterson.**

*2. Mi abogado es **Kobin Patterson.***

3. My attorney and I have discussed my case fully. I have personally reviewed a copy of the Indictment filed in my case and have discussed it with my attorney. My attorney has counseled and advised me concerning the nature of the charges, any lesser-included offense(s), and the possible defenses that I might have in my case. I have been advised and understand that the elements of the charge alleged against me in Count 2 of the Indictment to which I am pleading "GUILTY" are as follows:

> **First,** beginning on or about the month of September 2024 and continuing until on or about September 28, 2024, in the District of Oregon and elsewhere, there was an agreement between two or more persons to ship, transport, cause to be transported or otherwise dispose of firearms;
>
> **Second,** the defendant joined in the agreement knowing of its purpose and intending to help accomplish that purpose; and
>
> **Three,** the defendant conspired with others to ship, transport, transfer, cause to be transported or otherwise dispose of firerarms.

I have had a full and adequate opportunity to disclose to my attorney all facts known to me that relate to my case. I understand that the Court may ask whether I am satisfied with the advice I have received from my attorney.

*3. Mi abogado y yo hemos discutido mi caso en detalle. He revisado personalmente una copia de la acusación formal presentada en mi caso y la he comentado con mi abogado. Mi abogado me ha asesorado sobre la naturaleza de los cargos, cualquier delito menor incluido y las posibles defensas que podría tener en mi caso. Se me ha informado y entiendo*

*que los elementos del cargo que se me imputa en el Cargo 2 de la acusación formal modificada, al cual me declaro "CULPABLE", son los siguientes:*

***En primer lugar,*** *a partir de septiembre de 2024 o alrededor de esa fecha y hasta el 28 de septiembre de 2024 o alrededor de esa fecha, en el Distrito de Oregón y en otros lugares, hubo un acuerdo entre dos o más personas para enviar, transportar, hacer que se transportaran o disponer de armas de fuego.*

***En segundo lugar****, el acusado se unió al acuerdo a sabiendas de su propósito y con la intención de contribuir a su cumplimiento.*

***En tercer lugar****, el acusado conspiró con otros para enviar, transportar, transferir, hacer que se transportaran o disponer de armas de fuego.*

*He tenido la oportunidad plena y adecuada de revelar a mi abogado todos los hechos que conozco relacionados con mi caso. Entiendo que el Tribunal puede preguntarme si estoy satisfecho con el asesoramiento que he recibido de mi abogado.*

4. I know that if I plead "GUILTY," I will have to answer any questions that the judge asks me about the offense to which I am pleading guilty. I also know that if I answer falsely, under oath, and in the presence of my attorney, my answers could be used against me in a prosecution for perjury or false statement.

*4. Sé que si me declaro "CULPABLE", tendré que responder cualquier pregunta que el juez me haga sobre el delito del que me declaro culpable. También sé que si respondo falsamente, bajo juramento y en presencia de mi abogado, mis respuestas podrían usarse en mi contra en un enjuiciamiento por perjurio o declaración falsa.*

\\\\

\\\\

\\\\

5. I am not under the influence of alcohol or drugs. I am not suffering from any injury or illness or disability affecting my thinking or my ability to reason except as follows: N/A. I have not taken any drugs or medications within the past seven (7) days except as follows: N/A.

*5. No estoy bajo la influencia del alcohol o las drogas. No sufro ninguna lesión, enfermedad o discapacidad que afecte mi pensamiento o mi capacidad de razonar, excepto en los siguientes casos: N/A. No he tomado ninguna droga o medicamento en los últimos siete (7) días, excepto los siguientes: N/A.*

6. I understand that conviction of a crime can result in consequences in addition to imprisonment. Such consequences include deportation, or removal from the United States, or denial of naturalization, if I am not a United States citizen; loss of eligibility to receive federal benefits; loss of certain civil rights (which may be temporary or permanent depending on applicable state or federal law), such as the right to vote, to hold public office, and to possess a firearm; and loss of the privilege to engage in certain occupations licensed by the state or federal government.

*6. Entiendo que un fallo condenatorio por un delito puede tener consecuencias adicionales al encarcelamiento. Tales consecuencias incluyen ser deportado, o expulsado de los Estados Unidos, o se me puede negar la naturalizaci6n, si no soy ciudadano estadounidense; puedo perder el derecho de recibir subsidies federates; perder temporal o permanentemente ciertos derechos civiles, segun la ley estatal o federal que se aplique, por ejemplo, el derecho a votar, de ocupar un cargo publico, y de poseer armas de fuego; y perder el derecho a trabajar en cienas ocupaciones para las cuales se necesita una licencia del gobierno estatal o federal.*

\\\\

\\\\

7. I know that I may plead "NOT GUILTY" to any crime charged against me and that I may persist in that plea if it has already been made. I know that if I plead "NOT GUILTY" the Constitution guarantees me:

7. *Sé que puedo declararme "NO CULPABLE" de cualquier delito que se me imputa y que puedo persistir en esa declaración si ya se ha hecho. Sé que si me declaro "NO CULPABLE" la Constitución me garantiza:*

a. The right to a speedy and public trial by jury, during which I will be presumed to be innocent unless and until I am proven guilty by the government beyond a reasonable doubt and by the unanimous vote of twelve jurors;

*a. El derecho a tener un juicio público, sin demora y por un Jurado constituido por doce personas durante el cual se assume que soy inocente a menos que y hasta que el gobierno compruebe mi culpabilidad más allá de una duda razonable y por el voto unánime de los doce miembros de dicho jurado;*

b. The right to have the assistance of an attorney at all stages of the proceedings;

*b. El derecho de que un abogado me ayude durante todas las etapas del proceso;*

c. The right to use the power and process of the court to compel the production of evidence, including the attendance of witnesses in my favor;

*c. El derecho a utilizer los poderes y procedimientos del juez para exigir gue se presenten pruebas, incluyendo la comparecencia de testigos a mi favor;*

d. The right to see, hear, confront, and cross examine all witnesses called to testify against me;

*d. El derecho a ver, escuchar, confrontar e interrogar a todos los testigos llamados a testificar en mi contra;*

e. The right to decide for myself whether to take the witness stand and testify, and if I decide not to take the witness stand, I understand that no inference of guilt may be drawn from this decision; and

*e. El derecho a decider por mi mismo si presto testimonio o no, y si decido no prestar testimonio, entiendo que no se puede concluir que soy culpable debido a que no he prestado testimonio; y*

f. The right not to be compelled to incriminate myself.

*f. El derecho a no ser obligado a incriminarme.*

8. I know that if I plead "GUILTY" there will be no trial before either a judge or a jury, and that I will not be able to appeal from the judge's denial of any pretrial motions I may have filed concerning matters or issues not related to the court's jurisdiction.

*8. Sé que si me declaro "CULPABLE" no habrá juicio ante un juez o un jurado, y que no podré apelar la denegación del juez de cualquier moción previa al juicio que pueda haber presentado con respecto a asuntos o cuestiones no relacionadas con la jurisdicción del tribunal.*

9. In this case I am pleading "GUILTY" to my charge under Rule 11(c)(1)(B). My attorney has explained the effect of my plea under Rule 11(c)(1)(B) to be as follows:

> My plea of guilty is made under Rule 11(c)(1)(B); therefore, although the judge will consider the recommendations and agreements of both the prosecution and defense attorneys concerning sentencing, the judge is not obligated to follow those recommendations or agreements. If the judge imposes a sentence different from what I expected to receive under the terms of my Plea Agreement with the prosecutor, I do not have a right to withdraw my plea.

*9. En este caso, me declaro "CULPABLE" de mi cargo bajo la Regla 11 (c) (1) (B). Mi abogado ha explicado que el efecto de mi declaración bajo la Regla 11 (c) (1) (B) es el siguiente:*

> *Mi declaración de culpabilidad se hace bajo la Regla 11 (c) (1) (B); Por lo tanto, aunque el juez considerará las recomendaciones y acuerdos de los abogados de la acusación y de la defensa con respecto a la sentencia, el juez no está obligado a seguir esas recomendaciones o acuerdos. Si el juez impone una sentencia diferente a la que esperaba recibir bajo los términos de mi acuerdo de declaración de culpabilidad con el fiscal, no tengo derecho a retirar mi declaración de culpabilidad.*

10. I know the maximum sentences which can be imposed upon me for the crimes to which I am pleading guilty are as follows: **15 years imprisonment, a fine of $250,000, three years' supervised release, and a $100 fee assessment**.

*10. Sé que las sentencias máximas que se me pueden imponer por los delitos de los que me declaro culpable son las siguientes:* ***15 años de prisión, una multa de 250.000 dólares, tres años de libertad supervisada y un pago de honorarios de 100 dólares.***

\\\\

11. I know that the judge, in addition to any other penalty, will order a special assessment as provided by law in the amount of **$100.00** per count of conviction.

*11. Sé que el juez, además de cualquier otra pena, ordenará una evaluación especial según lo dispuesto por la ley por un monto de **$100.00**.*

12. I know that if I am ordered to pay a fine, and I willfully refuse to pay that fine, I can be returned to court, where the amount of the unpaid balance owed on the fine can be substantially increased by the judge and I can be imprisoned for up to one year.

*12. Sé que si se me ordena pagar una multa y me niego deliberadamente a pagarla, puedo ser llevado nuevamente ante el tribunal, donde el juez puede aumentar considerablemente el saldo pendiente de la multa y puedo ser encarcelado por hasta un año.*

13. My attorney has discussed with me the Advisory Federal Sentencing Guidelines. I know that the Guidelines are advisory, not mandatory. I also know the sentencing judge, in determining the particular sentence to be imposed, must consider those factors set forth in Title 18, United States Code, Section 3553(a), including but not limited to: the nature and circumstances of the offense, my own history and characteristics, the goals of sentencing (punishment, deterrence, protection and rehabilitation) and the sentencing range established by the advisory guidelines. If my attorney or any other person has calculated an advisory guideline range for me, I know that this is only a prediction and advisory and that it is the judge who makes the final decision as to what the guideline range is and what sentence will be imposed. I also know that a judge may not impose a sentence greater than the maximum sentence referred to in paragraph (10) above.

\\\\

\\\\

\\\\

\\\\

*13. He hablado con mi abogado sobre las Pautas Penales Federales Consultivas. Sé que segun dichas pautas que son consultivas, el juez que imponga la condena generalmente elgira una condena dentro de los limites de dicha pauta. Sin embargo, si el caso presentase hechos fuera de lo comun u otras circunstancias, la ley le permite al juez apartarse de las pautas e imponer una pena ya sea mayor o menor a los limites de las pautas. Aunque la mayoria de las penas seran impuestas dentro de los limites de las pautas, sé que no existe ninguna garantia de que la pena que se me imponga enstara dentro de estos limites. Si mi abogado, u otra persona, ha calculado los limites de las pautas que sugieren el castigo que me corresponde, sé que esto es unicamente una suposicion y que el juez es quien toma la decision definitive con respect a cuales son los limites de las pautas y cual sera el castigo. También sé que un juez no puede sentenciar a un plazo mayor al castigo máximo indicado en el párrafo (10) de la presente.*

14. I know from discussion with my attorney that, under the Advisory Federal Sentencing Guidelines, if I am sentenced to prison I am not entitled to parole. I will have to serve the full sentence imposed in each case except for any credit for good behavior that I earn. I can earn credit for good behavior in prison at a rate of up to 54 days for each year of imprisonment served. Credit for good behavior does not apply to a sentence of one year or less.

*14. Por las conversaciones que he tenido mi abogado, sé que, según las Pautas Penales Federales, si me condenan a ser encarcelado, no tengo derecho a recibir Libertad condicional (parole). Tendré que cumplir toda la condena que se me imponga menos el tiempo quese me descuente por observer Buena conducta en la prison. Puedo obtener una rebaja de la condena por buena conducta hasta de 54 dias por cada año cumplido en la prisión. Esta rebaja no se aplicara si la condena es de un año o menos.*

\\\\

\\\\

\\\\

15. I know that if I am sentenced to prison, the judge will impose a term of supervised release to follow the prison sentence. During my supervised release term I will be supervised by a probation officer according to terms and conditions set by the judge. In my case, a term of supervised release will be **3 years**. If I violate the conditions of supervised release, I may be sent back to prison for up to **3 years.**

*15. Sé que si me sentencian a prisión, el juez me impondrá un período de libertad supervisada posterior a la sentencia. Durante mi período de libertad supervisada, seré supervisado por un agente de libertad condicional, según los términos y condiciones establecidos por el juez. En mi caso, la libertad supervisada será de* ***3 años****. Si no cumplo con las condiciones de la libertad supervisada, podría ser enviado de nuevo a prisión por hasta* ***3 años****.*

16. I know that in addition to or in lieu of any other penalty, the judge can order restitution payments to any victim of any offense to which I plead guilty. I am also informed that, for certain crimes of violence and crimes involving fraud or deceit, it is mandatory that the judge impose restitution in the full amount of any financial loss or harm caused by an offense. If imposed, the victim can use the order of restitution to obtain a civil judgment lien. A restitution order can be enforced by the United States for up to twenty (20) years from the date of my release from imprisonment, or, if I am not imprisoned, twenty (20) years from the date of the entry of judgment. If I willfully refuse to pay restitution as ordered, a judge may resentence me to any sentence which could originally have been imposed.

*16. Sé que además de o en vez de cualquier otro castigo, el juez puede ordenar que haga pagos de restitución a victimas de cualquier delito de que me declare culpable. También se me ha informado que, por ciertos delito de violencia y delitos que incluyen fraude o engaño, el juez esta obligado a imponerme la restitución de la cantidad total de alguna pérdida o daño economico causado por el delito. Si se impone la orden de restitución, la victima puede utilizer*

*dicha orden para obtener un gravamen impuesto por un fallo civil. El gobierno federal pueda hacer que se cumpla una orden de restitución hasta de veinte (20) años partir de la fecha en que se registro el fallo. Si intencionalmente rehuso pagar la restitución como se me ha ordenado, el juez puede volver a sentenciarme a cualquier condena que me hubiera impuesto inicialmente.*

17. On any fine or restitution in an amount of $2,500 or more, I know that I will be required to pay interest unless that fine or restitution is paid within fifteen (15) days from the date of the entry of judgment.

*17. En cualquier multa o restitución por un monto de $2,500 o más, sé que se me exigirá pagar intereses a menos que esa multa o restitución se pague dentro de los quince (15) días a partir de la fecha de la emisión del fallo.*

18. If I am on probation, parole, or supervised release in any other state or federal case, I know that by pleading guilty in this court, my probation, parole or supervised release may be revoked and I may be required to serve time in that case, which may be **consecutive**, that is, in addition to any sentence imposed on me in this court.

*18. Si estoy bajo libertad condicional, libertad a prueba o libertad supervisada en cualquier otro caso estatal o federal, sé que al declararme culpable en este tribunal la libertad condicional, libertad a prueba o supervisada podria ser revocada. Pueda que se me ordene cumplir el tiempo de la condena de aquel caso, el cual podria ser* ***consecutive****, es decir, ademas de la pena que se me imponga en este tribunal.*

19. If I have another case pending in any state or federal court, I know that my Petition and Plea Agreement in this case do not, in the absence of an express and written agreement, apply to my other case(s) and that I can be faced with consecutive sentences of imprisonment.

\\\\

*19. Si tengo otro caso pendiente en algun tribunal estatal o federal, sé que mi solicitud y el acuerdo declaratorio en este caso no se aplcian al otoro caso (u otros casos) sin un acuerdo expreso y por escrito; y que podria enfrentar condenas de encarcelamiento consecutivas.*

20. My plea of "GUILTY" is based on a Plea Agreement that I have made with the prosecutor. That Plea Agreement is attached hereto and incorporated herein. I have read or had read to me the Plea Agreement, and I understand the Plea Agreement.

*20. Mi declaración de "CULPABLE" se basa en un acuerdo declaratorio que he hacho con el fiscal federal. Se adjunta dicho documento y forma parte de esta solicitud. He leido, o me han leido, el acuerdo declaratorio y lo entiendo en su totalidad.*

21. The Plea Agreement contains the only agreement between the United States government and me. No officer or agent of any branch of government (federal, state or local) or anyone else has promised or suggested that I will receive a lesser term of imprisonment, or probation, or any other form of leniency if I plead "GUILTY' except as stated in the Plea Agreement. I understand that I cannot rely on any promise or suggestion made to me by a government agent or officer which is not stated in writing in the Plea Agreement, or which is not presented to the judge in my presence in open court at the time of the entry of my plea of guilty.

*21. El gobierno y yo hemos llegado a este único acuerdo declaratorio. Ningún official o agente gubermental (federal, estatal o local) u otra persona me ha prometido, o me ha sugerido que recibiré un plazo reducido en la cárcel, o libertad a prueba, u otro tipo de castigo menos severo si me declarase, CULPABLE, con la unica excepcion de lo manifestado en el acuerdo declaratorio. Entiendo que no pudo contar con ninguna promesa o sugerencia de parte de ningun agente u ofical del gobierno que no se haya indicado por escrito en el acuerdo declaratorio, o qu no se haya presentado al juez, en mi presencia, en pleno tribunal al momento de declarame culpable.*

22. My plea of "GUILTY" is not the result of force, threat, or intimidation.

*22. No me han forzado, amendazado o intimidado a que me declare CULPABLE.*

23. I hereby request that the judge accept my plea of "GUILTY" to Count 2 of the Superseding Indictment.

*23. Por la presente, solicito al juez que acepte mi declaración de culpabilidad con respecto al cargo 2 de la acusación formal modificada.*

24. I know that the judge must be satisfied that a crime occurred in my case and that I committed that crime before my plea of "GUILTY" can be accepted. With respect to the charge to which I am pleading guilty, I represent that I did the following acts and that the following facts are true:

**Beginning in August 2024, DEA task force investigators began investigating a Mexico-based drug trafficking organization (DTO) operating in the Portland, Oregon area. Through physical and electronic surveillance, including wiretap intercepts of a DTO member's cellphone, investigators learned that Antonio Ruiz Aispuro and I were conspiring to ship firearms south to Mexico. The intercepted communications indicated that the guns were to be used in Mexico for the "civil war" DEA investigators velieved this to be referencing cartel violence in Mexico. Co-defendant Freddy Bish (Bish) was recruited to drive the guns which had been concealed in the spare tire compartment. I provided the vehicle that was used to transport guns.**

**After Bish left Oregon with his girlfriend driving the guns, me and Aispuro grew concerned that Bish was not going to deliver the guns as agreed. Bish indicated that he did not want to transport the guns to Mexico. I and Aispuro became increasingly frustrated with Bish and arranged for Bish to deliver the firearms to an unidentified co-conspirator in California.**

**California Highway Patrol pulled Bish over and seized twelve firearms that had been concealed in the spare tire compartment.**

24. Sé que el juez debe estar convencido de que se cometió un delito en mi caso y de que yo cometí dicho delito antes de que se acepte mi declaración de culpabilidad. Con respecto al cargo del que me declaro culpable, declaro que realicé los siguientes actos y que los siguientes hechos son ciertos:

**A partir de agosto de 2024, investigadores del grupo de trabajo de la DEA comenzaron a investigar una organización de narcotráfico (DTO) con sede en México que operaba en el área de Portland, Oregón. Mediante vigilancia física y electrónica, incluyendo intervenciones telefónicas al teléfono celular de un miembro de la DTO, los**

**investigadores descubrieron que Antonio Ruiz Aispuro y yo estábamos conspirando para enviar armas de fuego al sur, a México. Las comunicaciones interceptadas indicaban que las armas se utilizarían en México para la "guerra civil". Los investigadores de la DEA creyeron que esto se refería a la violencia de los cárteles en México. El coacusado Freddy Bish (Bish) fue reclutado para conducir las armas, que estaban ocultas en el compartimento de la llanta de refacción. Yo proporcioné el vehículo utilizado para transportar las armas.**

**Después de que Bish se fue de Oregón con su novia conduciendo las armas, Aispuro y yo comenzamos a preocuparnos de que Bish no las entregara según lo acordado. Bish indicó que no quería transportarlas a México. Aispuro y yo nos frustramos cada vez más con Bish y acordamos que este entregara las armas de fuego a un cómplice no identificado en California.**

**La Patrulla de Carreteras de California detuvo a Bish y confiscó doce armas de fuego que estaban ocultas en el compartimento de la rueda de repuesto.**

25. I offer my plea of "GUILTY" freely and voluntarily and of my own accord and with a full understanding of the allegations set forth in the Indictment filed in my case and with a full understanding of the statements set forth in this Petition and in the certificate of my attorney that is attached to this Petition.

*25. Me declare CULPABLE libre y voluntariamente y con el entendimiento total de las alegaciones expuestas en la acusacion formal o la acusacion de la fiscalia, y con el total entendimiento de las declaraciones expuestas en esta solicitud y en el certifcado de mi abogado, el cual se adjunta a la presente.*

SIGNED by me in the presence of my attorney, after reading (or having had read to me) all of the foregoing pages and paragraphs of this Petition May 1, 2026.

*FIRMADO por mi en presencia de mi abogado, despues de leer (o haberme leido) todas las paginas y parrafos anteriores de esta Peticion* MAY 1*, 2026.*

[signature]

Hugo Roman-Aparicio
Defendant/*Acusado*

CERTIFICATE OF COUNSEL

The undersigned, as attorney for defendant, Hugo Roman-Aparicio, hereby certifies:

*El que subscribe, abogado Defensor de Hugo Roman-Aparicio, por la presente certifica que:*

1. I have fully explained to the defendant the allegations contained in the Superseding Indictment filed in his case, any lesser-included offense(s), and the possible defenses which may apply in his case.

*1. He explicado detalladamente al acusado las acusaciones contenidas en la acusación formal modificada presentada en su caso, cualquier delito menor incluido y las posibles defensas que puedan aplicarse en su caso.*

2. I have personally examined the attached Petition to Enter Plea of Guilty, Certificate of Counsel, and Order Entering Plea, explained all its provisions to the defendant, and discussed fully with the defendant all matters described and referred to in the Petition.

*2. He examinado personalmente la solicitud para presenter una declaración de culpabilidad y orden judicial para asentar la misma; le he explicado al acusado todas las disposiciones de la misma, y he hablado detalladamente con el sobre todos los asuntos descritos y mencionados en dicha solicitud.*

3. I have explained to the defendant the maximum penalties and other consequences of entering a plea of guilty as described in paragraphs (1)-(25) of the Petition, and I have also explained to the defendant the applicable Advisory Federal Sentencing Guidelines.

*3. Le he explicado la pena maxima y las consecuencias de presenter una delcaracion de culpabilidad, descritas en los parrafos (1) a (25) de la solicitud, y también le explique las Pautas Penales Federals Consultivas pertinentes a su caso.*

4. I recommend that the Court accept the defendant's plea of "GUILTY."

*4. Recomiendo que el juez acepte la declaración de "CULPABILIDAD" del acusado.*

SIGNED by me in the presence of the above named defendant, and after full discussion with the defendant of the contents of the Petition To Enter Plea of Guilty, and any Plea Agreement on May 1, 2026.

Kobin Patterson, OSB# 171309
Attorney for Hugo Roman-Aparicio
*Abogado defensor*

Translated by:

O. Hector Pichardo

ORDER ENTERING PLEA
*FALLO JUDICIAL SOME*
*LA DECLARACION*

I find that the defendant's plea of GUILTY is made freely and voluntarily and not out of ignorance, fear, inadvertence, or coercion. I further find the defendant has admitted facts that prove each of the necessary elements of the crime(s) to which the defendant has pled guilty.

Eljuez que preside determina qu la *declaración de "CULPABILIDAD" del acusado ha sido libre y voluntaria, y no por ignorancia, miedo, inadvertencia o coercion. Asi mismo determina que el acusado ha admitido los hechos que comprueban cada uno de los elementos necesarios del delito al (o los delitos) a que se ha declarado culpable.*

IT IS THEREFORE ORDERED that the defendant's plea of GUILTY be accepted and entered as requested in this Petition and as recommended in the Certificate of defendant's attorney.

POR LO TANTO SE ORDENA que se acepte y asienta la *declaración de CULPABILIDAD presentada por el acusado tal y como lo pide esta solicitud y lo recomienda en su certificado su abogado.*

DATED: 5/22/2026, 2026.

THE HONORABLE KARIN IMMERGUT
Judge, U.S. District Court